■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL P. WILDER, Appellant. [879 NYS2d 774]—Appeal from a judgment of the Lewis County Court (Charles C. Merrell, J.), rendered October 26, 2007. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Hurlbutt, J.P., Martoche, Fahey, Carni and Pine, JJ.